UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| DANIEL L. LEE, | ) | USCA No. 19-3399 |
| | ) | |
| Petitioner-Appellee, | ) | |
| v. | ) | Appeal from the United States |
| | ) | District Court for the Southern |
| | ) | District of Indiana, |
| T.J. WATSON, | ) | Terre Haute Division |
| | ) | |
| Respondent-Appellant. | ) | USDC No. 2:19-cv-00468-JPH-DLP |
| | ) | Hon. James P. Hanlon, *Judge*. |

## **APPEARANCE**

Please notice that John M. Pellettieri enters his appearance as lead

counsel of record for the plaintiff-appellee in this appeal.

Respectfully submitted,

/s/John M. Pellettieri
JOHN M. PELLETTIERI
Attorney, Appellate Section
Criminal Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W., Rm. 1260
Washington, D.C. 20530
(202) 307-3766
john.pellettieri@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on December 6, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system to the following:

/s/John M. Pellettieri
JOHN M. PELLETTIERI
Attorney, Appellate Section
Criminal Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W., Rm. 1260
Washington, D.C. 20530
(202) 307-3766
john.pellettieri@usdoj.gov