UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| DANIEL LEWIS LEE, | ) USCA No. 19-3399 |
| | ) |
| Petitioner-Appellee, | ) Appeal from the United States |
| | ) District Court for the Southern |
| v. | ) District of Indiana, |
| | ) Terre Haute Division |
| T.J. WATSON, WARDEN | ) |
| | ) USDC No. 2:19-cv-00468-JPH-DLP |
| Respondent-Appellant. | ) Hon. James P. Hanlon, *Judge.* |

## DOCKETING STATEMENT

The United States of America, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, and by John M. Pellettieri, Attorney for the Department of Justice, Criminal Division, Appellate Section, pursuant to Rule 3(c) of the Circuit Rules of the United States Court of Appeals for the Seventh Circuit, states that:

1.    There are no prior or related appellate proceedings in this case.

2.    There is no prior litigation in the district court that, although not appealed, (a) arises out of the same criminal conviction, or (b) has been designated by the district court as satisfying the criteria of 28 U.S.C. § 1915(g).

3.    The district court's jurisdiction rests on 28 U.S.C. § 2241, following the filing of a petition for writ of habeas corpus by the Petitioner, Daniel Lewis Lee. (D. 1.)

1

4.     In 1999, Lee was convicted of three counts of capital murder and was sentenced to death by a jury in the United States District Court for the Eastern District of Arkansas.  He is incarcerated at the United States Penitentiary located in Terre Haute, Indiana. (D. 1.)

5.     In July 2019, the United States set a date to carry out Lee's capital sentence, scheduling his execution for December 9, 2019.[1]

6.     On November 8, 2019, Lee filed a motion for a stay of his execution. (D. 17.)  The Respondent opposed the stay.  (D. 20.) On November 20, 2019, the Petitioner withdrew his motion for a stay. (D. 22.)

7.     On December 5, 2019, despite Petitioner's withdrawal of his stay motion, the district court *sua sponte* ordered a stay of the execution to give Lee "a reasonable opportunity to obtain a reliable judicial determination of these challenges to the fundamental legality of his sentence."  (D. 27 at 25.)

8.     The United States seeks review of the order staying the execution of Lee. (D. 27, 28.)

---

[1] On November 20, 2019, in Case Number 19-mc-145 (TSC), the United States District Court for the District of Columbia issued a preliminary injunction enjoining Lee's execution until further order of the court. On November 25, 2019, the United States filed an emergency motion in the D.C. Circuit to stay or vacate the district court's preliminary injunction. The appeal is docketed under D.C. Circuit Case Number 19-5322. On December 2, 2019, the United States filed an application in the Supreme Court seeking a stay of the injunction. *See* Stay Application, *In re Federal Bureau of Prisons' Execution Protocol Cases*, No. 19A615 (Sup. Ct.) (filed Dec. 2, 2019).

9.     The United States filed a timely notice of appeal on December 5, 2019. (D. 29.)

10.     This Court has jurisdiction over this appeal pursuant to 28 U.S.C. § 1292(a)(1).

<table>
<tr><td></td><td>Respectfully submitted,</td></tr>
</table>

JOSH J. MINKLER
United States Attorney
Southern District of Indiana

MICHAEL GORDON
Assistant United States Attorney
Eastern District of Arkansas

BRIAN A. BENCZKOWSKI
Assistant Attorney General

MATTHEW S. MINER
Deputy Assistant Attorney General

/s/John M. Pellettieri_____
JOHN M. PELLETTIERI
Attorney, Appellate Section
Criminal Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W., Rm. 1260
Washington, D.C. 20530
(202) 307-3766
john.pellettieri@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on December 6, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system to the following:

George Kouros
Morris H. Moon,
Office of the Federal Public Defender
George_Kouros@fd.org
Morris_Moon@fd.org
Attorneys for Daniel L. Lee

/s/John M. Pellettieri
JOHN M. PELLETTIERI
Attorney, Appellate Section
Criminal Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W., Rm. 1260
Washington, D.C. 20530
(202) 307-3766
john.pellettieri@usdoj.gov