# SEVENTH CIRCUIT TRANSCRIPT INFORMATION SHEET

**PART I** – Must be completed by party or party's attorney pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure and Rule 11(a) of the Circuit Rules. The appellant must file this form with the court reporter within 14 days of filing the notice of appeal, whether transcript is being ordered or not. (FRAP 10(b)(1)) Satisfactory arrangements with the court reporter for payment of the costs of the transcripts must also be made at that time. (FRAP 10(b)(4)) (Note: Appellees as well as appellants are expected to use this form when ordering transcripts.)

| Short Title | District | D.C. Docket No. |
|---|---|---|
| Daniel L. Lewis v. T.J. Watson, Warden | SOUTHERN DISTRICT OF INDIANA | 2:19-cv-00468-JPH-DLP |
| | District Judge: James P. Hanlon | Court Reporter: NA |

☐ I am ordering transcript.

☑ I am not ordering transcript because: **No hearing related to issue/s raised.**

☐ The transcript has been prepared.

Sign below and return original and one copy to court reporter. Distribute remaining copies to the Clerk of the District Court and opposing party, retaining one copy for yourself.

Indicate proceedings for which transcript is required. Dates must be provided:                                    Date(s)

☐ Pretrial proceedings. Specify: _____    _____

☐ Voir Dire    _____

Trial or Hearing. Specify: _____    _____

☐ Opening statement    _____

☐ Instruction conference    _____

☐ Closing statements    _____

☐ Court instructions    _____

☐ Post-trial proceedings. Specify: _____    _____

☐ Sentencing    _____

☐ Other proceedings. Specify: _____    _____

Method of Payment: ☐ Cash        ☐ Check or Money Order        ☐ C.J.A. Voucher

Status of Payment: ☐ Full Payment        ☐ Partial Payment        ☐ No Payment Yet

| | |
|---|---|
| Signature: s/ John M. Pellettieri | Telephone No. (202) 307-3766 |
| Address: Department of Justice, Criminal Division, Appellate Section | |
| 950 Pennsylvania, N.W. Rm. 1260, Washington, D.C. 20530 | Date: 12/6/2019 |

**PART II** – Must be completed by Court Reporter pursuant to Rule 11(b) of the Federal Rules of Appellate Procedure. By signing this Part II, the Court Reporter certifies that *satisfactory arrangements for payment have been made*.

| U.S.C.A. Docket No. | Date Order Received | Estimated Completion Date | Estimated Length |
|---|---|---|---|
| | | | |

Signature of Court Reporter: s/        Date: _____

NOTICE: The Judicial Conference of the United States, by its resolution of March 11, 1982, has provided that a penalty of 10 percent must apply, unless a waiver is granted by the Court of Appeals' Clerk, when a "transcript of a case on appeal is not delivered within 30 days of the date ordered and payment received therefor." The penalty is 20 percent for transcript not delivered within 60 days.

Original to Court Reporter. Copies to: ● U.S.C.A. Clerk ● Service Copy ●District Court Clerk and to ● Party / Counsel Ordering Transcript.

## CERTIFICATE OF SERVICE

I certify that on December 6, 2019, I electronically filed the foregoing

with the Clerk of the Court for the United States Court of Appeals for the

Seventh Circuit using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users

and that service will be accomplished by the CM/ECF system to the following:

George Kouros
Morris H. Moon,
Office of the Federal Public Defender
George_Kouros@fd.org
Morris_Moon@fd.org
Attorneys for Daniel L. Lee

/s/John M. Pellettieri
JOHN M. PELLETTIERI
Attorney, Appellate Section
Criminal Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W., Rm. 1260
Washington, D.C. 20530
(202) 307-3766
john.pellettieri@usdoj.gov